Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  11−20629−GMB
                        Chapter:  7
                        Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew W O'Donnell
   fdba Matthew O'Donnell Asset Protection
   41 Sunny Lane
   Cape May Court House, NJ 08210

Social Security No.:
   xxx−xx−7617

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 13, 2011</u>         <u>Gloria M. Burns</u>
                                             Judge, United States Bankruptcy Court